AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

KENESHA YO HARGRAVE, individually and on behalf of others similarly situated

*Plaintiff(s)*

v.

R.A. Rogers, Inc.

*Defendant(s)*

Civil Action No. 1:16-cv-928

RECEIVED
JUL 20 2016
by SPS
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    R.A. Rogers, Inc.
    Serve: Ronald A. Rogers
    4114 Croswick Turn
    Bowie, MD 20715
    Serve thru Secretary of Commonwealth

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Thomas R. Breeden, P.C.
    10326 Lomond Drive
    Manassas Virginia 20109
    (703) 361-9277

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*