# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Commonwealth of Virginia    Va. Code §§ 8.01-301, -329; 55-218.1; 57-51

Case No. ............ 1:16cv928 ............

RECEIVED
AUG 22 2016

............ United States ............ District Court

............ Kenesha Yo Hargrave ............ v. ............ R.A. Rogers, Inc. ............

Serve: Ronald A. Rogers

4114 Croswick Turn, Bowie, MD 20715

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant   [ ] Motion for Judgment   [X] Complaint

I, the undersigned Affiant, state under oath that:

[X] the above-named defendant   [ ] ............

whose last known address is: [X] same as above   [ ] ............

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ............ applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

............ is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

08/10/2016
DATE

[ ] PARTY   [ ] PARTY'S ATTORNEY   [ ] PARTY'S AGENT

State of ...Virginia...   [ ] City [X] County of ...Prince William...

Acknowledged, subscribed and sworn to before me this ...10th... day of ...August..., 20 ...16...

245068
NOTARY REGISTRATION NUMBER

[ ] CLERK   [ ] MAGISTRATE   [X] NOTARY PUBLIC (My commission expires ...09/30/18...)

[X] Verification by the clerk of the Court upon the filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On ...AUG 15 2016..., legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On ...AUG 16 2016..., papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

| | |
|---|---|
| KENESHA YO HARGRAVE, individually and on behalf of others similarly situated )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>R.A. Rogers, Inc. )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 1:16-cv-928 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

R.A. Rogers, Inc.
Serve: Ronald A. Rogers
4114 Croswick Turn
Bowie, MD 20715
Serve thru Secretary of Commonwealth

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas Virginia 20109
(703) 361-9277

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/20/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: