

LEONIE M. BRINKEMA
DISTRICT JUDGE

**United States District Court**

EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

NO VA
VA 220
22 SEP '16
PM 2 L

US POSTAGE $00.46
Hasler
09/22/2016
ZIP 22314
011D11648

S.A. Rogers, Inc.
4114 Croswick Turn
Bowie, MD 20715

NIXIE    207    7E 1        0009/28/16
    RETURN TO SENDER
 NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 22314579999        *1217-01917-22-40

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENESHA YO HARGRAVE<br>Individually and on behalf of all<br>Others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>R.A. ROGERS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  1:16cv928 (LMB/IDD)<br>)<br>)<br>)<br>) |

## ORDER

It appears from the record that the defendant is in default. Accordingly, it is hereby

ORDERED that plaintiff immediately obtain an entry of default from the Clerk pursuant to Fed. R. Civ. P. 55(a), and it is further

ORDERED that promptly after obtaining the entry of default, plaintiff file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this court has subject matter and personal jurisdiction, including how the defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) plaintiff can receive the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief, and it is further

ORDERED that plaintiff file a Notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, October 21, 2016, before the magistrate judge to whom this action is referred, or in event of a conflict, then on the date obtained from the chambers of the

magistrate judge, and mail copies of the notice, motion, and memorandum to the defaulting defendant at the defendant's last known address, certifying the same to the court.

The Clerk is directed to forward a copy of this Order to counsel of record and to defendant at the address listed in the case file.

Entered this 22ⁿᵈ day of September, 2016.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

2